IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SUKNAICH,<br><br>  Plaintiff,<br><br>  vs.<br><br>C. LOZANO, et al.,<br><br>  Defendants.<br>_____/ | 1:12-cv-01414-SKO (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 10)<br><br>90-DAY DEADLINE |

On April 4, 2013, Plaintiff filed a motion seeking a ninety-day extension of time to file an amended complaint in compliance with the screening order filed on March 13, 2013. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **ninety (90) days** from the date of service of this order within which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   April 8, 2013**          /s/ Sheila K. Oberto
                          UNITED STATES MAGISTRATE JUDGE